**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-8086**

———————

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

      v.

MARQUIS D. ARRINGTON,

              Defendant – Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (3:06-cr-00255-JRS)

———————

Submitted:  March 30, 2010          Decided:  April 28, 2010

———————

Before SHEDD, AGEE, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Marquis D. Arrington, Appellant Pro Se.  Steven Lawrence Miller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquis D. Arrington appeals the district court's order denying his second 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Arrington</u>, No. 3:06-cr-00255-JRS (E.D. Va. Oct. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>